# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

156229

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LARRY HEARNS,
     Defendant-Appellant.

SC: 156229
COA: 337618
Wayne CC: 00-012692-FC

_____/

     On order of the Court, the application for leave to appeal the June 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk

a0905